# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHAD EMPEY,                                      No. C-11-00733-SC  (DMR)

       Plaintiff(s),                          **ORDER RE DISCOVERY**

  v.

ALLIED PROPERTY,

       Defendant(s).
_____/

The court is in receipt of Plaintiff's motion to compel discovery. [Docket No. 32.] It is hereby ORDERED that Defendant shall submit a response, no longer than four pages, to Plaintiff's arguments, including an explanation why the parties could not submit a joint discovery letter.

IT IS SO ORDERED.

Dated: October 17, 2011



DONNA M. RYU
United States Magistrate Judge