Case 3:11-cv-00733-SC   Document 33   Filed 10/17/11   Page 1 of 1

*(sidebar)* **United States District Court** — For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY, | No. C-11-00733-SC  (DMR) |
| Plaintiff(s), | **ORDER RE DISCOVERY** |
| v. | |
| ALLIED PROPERTY, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's motion to compel discovery. [Docket No. 32.] It is hereby ORDERED that Defendant shall submit a response, no longer than four pages, to Plaintiff's arguments, including an explanation why the parties could not submit a joint discovery letter.

IT IS SO ORDERED.

Dated: October 17, 2011



_____
DONNA M. RYU
United States Magistrate Judge