UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>ALLIED PROPERTY,<br><br>        Defendant(s). | No. C-11-00733-SC  (DMR)<br><br>**ORDER RE DISCOVERY LETTERS OF OCTOBER 14 AND 20, 2011 [DOCKET NOS. 32, 34]** |

The court is in receipt of the parties' discovery letters of October 14 and 20, 2011 [Docket Nos. 32, 34]. The court hereby ORDERS that the parties shall come to the Oakland courthouse on **October 31, 2011** at **9:00 a.m.** to meet and confer about their discovery disputes. A conference room in the Attorneys' Lounge on the 4th Floor has been reserved for the parties. Each party must have full knowledge about the matters at issue and possess full authority to resolve them. If any disputes remain at the conclusion of the meeting, the parties shall file a joint discovery letter pursuant to this court's procedures [*see* Docket No. 28] no later than November 2, 2011. Failure to engage in good faith meet and confer proceedings, and failure to take substantially justified positions in discovery disputes will result in sanctions.

    IT IS SO ORDERED.

Dated: October 26, 2011

_____
DONNA M. RYU
United States Magistrate Judge