UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIED PROPERTY,<br><br>        Defendant.<br>_____/ | No. C-11-00733-SC (DMR)<br><br>**ORDER RE OCTOBER 28, 2011 JOINT LETTER RE DISCOVERY [DOCKET NO. 36]** |

The court is in receipt of the parties' October 28, 2011 joint letter [Docket No. 36]. In light of the representations therein, the court hereby VACATES its October 26, 2011 Order [Docket No. 35] and orders the following: the parties shall come to the Oakland courthouse on **November 15, 2011 at 9:00 a.m.** to meet and confer about their discovery disputes. A conference room in the Attorneys' Lounge on the 4th Floor has been reserved for the parties. Each party must have full knowledge about the matters at issue and possess full authority to resolve them. If any disputes remain at the conclusion of the meeting, the parties shall file a joint discovery letter pursuant to this court's procedures [*see* Docket No. 28] by no later than November 17, 2011. Failure to engage in good faith meet and confer proceedings, and failure to take substantially justified positions in discovery disputes will result in sanctions.

  IT IS SO ORDERED.


Dated: October 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge

Case 3:11-cv-00733-SC   Document 37   Filed 10/28/11   Page 2 of 2