UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY, | No. C-11-00733-SC (DMR) |
| Plaintiff(s), | **ORDER RE PARTIES' LETTERS OF NOVEMBER 11, 2011 [DOCKET NOS. 41, 42]** |
| v. | |
| ALLIED PROPERTY, | |
| Defendant(s). | |

The court is in receipt of the parties' separate discovery letters dated November 11, 2011, [Docket Nos. 41, 42] and admonishes the parties for failing to follow the court's October 28, 2011 order, as well as its general discovery order, which is still in place [Docket No. 37]. The court also expresses concern that the content and tone of the letters indicate a scorched earth approach to what should be a cooperative and professional discovery practice. The parties continue to be subject to the October 28, 2011 order. The letters are dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 14, 2011



DENIED WITHOUT PREJUDICE
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge