United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD EMPEY,     No. C-11-00733-SC (DMR)

        Plaintiff(s),     **ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISCOVERY LETTER**

        v.

ALLIED PROPERTY,

        Defendant(s).
_____/

The court is in receipt of the parties' November 17, 2011 letter in which they request until November 18, 2011 to submit a joint discovery letter. [*See* Docket No. 44.] The court hereby grants the request.

IT IS SO ORDERED.

Dated: November 18, 2011

GRANTED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge