**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   CHAD EMPEY,                              No. C-11-00733-SC  (DMR)

12              Plaintiff(s),                 **ORDER RE REQUEST FOR**
                                              **EXTENSION OF TIME TO FILE**
13        v.                                  **DISCOVERY LETTER**

14   ALLIED PROPERTY,

15              Defendant(s).
     _____/
16

17        The court is in receipt of the parties' November 17, 2011 letter in which they request until

18   November 18, 2011 to submit a joint discovery letter. [*See* Docket No. 44.]  The court hereby grants

19   the request.

20

21        IT IS SO ORDERED.

22

23   Dated:  November 18, 2011

24                                                        GRANTED

25                                              DONNA M. RYU
                                               United States Magistrate Judge

26

27

28