United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   CHAD EMPEY,                              No. C-11-00733-SC  (DMR)

12          Plaintiff(s),                     **ORDER GRANTING EXTENSION OF**
                                              **TIME TO FILE JOINT DISCOVERY**
13      v.                                    **LETTER**

14   ALLIED PROPERTY,

15          Defendant(s).
     _____/

16

17        The court hereby orders that the parties shall submit any joint discovery letter no later than

18   November 23, 2011.  The court will allow no further extensions.

19

20        IT IS SO ORDERED.

21

22   Dated:  November 22, 2011

23                                                    _____
                                                     DONNA M. RYU
24                                                   United States Magistrate Judge

25

26

27

28