UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD EMPEY,

        Plaintiff(s),

   v.

ALLIED PROPERTY,

        Defendant(s).

                               /

No. C-11-00733-SC (DMR)

**NOTICE AND ORDER SETTING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket Nos. 51-53.] You are hereby notified that a hearing regarding the dispute is set for **December 8, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: November 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge