United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD EMPEY,                                           No. C-11-00733-SC  (DMR)

        Plaintiff(s),                          **NOTICE AND ORDER SETTING HEARING**

    v.

ALLIED PROPERTY,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute.  [Docket Nos. 51-53.]  You are hereby notified that a hearing regarding the dispute is set for **December 8, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated:  November 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge