LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
ALLIED PROPERTY & CASUALTY INSURANCE COMPANY

DONALD T. MCMILLAN (State Bar No. 134366)
McMILLAN & SHUREEN LLP
50 Santa Rosa Avenue, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 525-5400
Facsimile:  (707) 576-7955

Attorneys for Plaintiff
CHAD EMPEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. 3:11-CV-00733-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL DATE**<br><br>Complaint filed:  January 20, 2011 |

Plaintiff CHAD EMPEY ("Plaintiff") and Defendant ALLIED PROPERTY & CASUALTY INSURANCE COMPANY ("Allied") (collectively, the "Parties") through their respective counsel present the following stipulation and proposed order regarding a continuance of the trial date, currently set for January 30, 2012, and a continuance of the discovery deadlines in this case so that the Parties can complete the depositions already noticed. This stipulation is based on the following:

WHEREAS, the Parties engaged in prolonged mediation activities with Thomas H.R.

Denver beginning on September 23, 2011, which did not conclude until November 14, 2011. During that time, the Parties deferred all pending depositions and discovery until the mediation process was completed. The Parties have since resumed discovery, and while the Parties have been diligent in taking depositions, they will not be able to conclude all necessary depositions already noticed within the discovery cutoff date as currently set. Moreover, as a result of additional meeting and conferring, the Parties have agreed to engage in further mediation discussions. The Parties agree that continuing the trial date to May 7, 2012 will allow the Parties another opportunity to try to resolve this matter without trial. This stipulation is based on the following:

WHEREAS, a Status Conference was held for this matter on May 27, 2011, where the Court set the following dates:

1. Discovery Cutoff:  November 30, 2011
2. Pretrial Conference Statement: No Date Set
3. Pretrial Conference: January 13, 2012
4. Jury Trial: January 30, 2012

WHEREAS, Defendant filed its Motion for Partial Summary Judgment on September 22, 2011 in accordance with the Status Conference, and the Court set the hearing for it for December 9, 2011;

WHEREAS, the Court thereafter continued the hearing date on the Motion for Partial Summary Judgment to January 13, 2012;

WHEREAS the Court also continued the discovery deadlines as follows:

1. Non-Expert Discovery Cutoff:  December 23, 2011;
2. Expert Disclosures:  January 2, 2012;
3. Disclosure of Rebuttal Experts:  December 30, 2011;
4. Expert Discovery Cutoff:  January 12, 2012.
5. Last day to hear motions:  January 13, 2012.

WHEREAS, the Parties respectfully request that the Court continue the trial date in this matter and further modify the discovery deadlines such that the Parties can complete the

depositions already noticed as follows:

1. Non-Expert Discovery Cutoff: February 17, 2012;
2. Expert Disclosures: March 2, 2012;
3. Disclosure of Rebuttal Experts: March 16, 2012;
4. Expert Discovery Cutoff: April 6, 2012;
5. Last day to hear motions: April 6, 2012;
6. Pretrial Conference: To Be Determined
7. Jury Trial: May 7, 2012

WHEREAS the hearing date for Defendant' motion would continue to be January 13, 2012.

WHEREAS, in the interest of judicial economy and in hopes that this matter will resolve without the need for trial, the Parties seek to avoid unnecessary and costly trial preparation prior to the conclusion of all settlement efforts.

WHEREAS, this is the Parties' first request for a trial continuance. No previous request has been made.

### **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES by and through their respective counsel of record herein that the trial date be continued and the discovery deadlines be continued such that the Parties may complete the depositions already noticed:

1. Trial be continued to May 7, 2012;
2. The Pre-trial Conference be continued to a date in conformity to the new trial date;
3. Non-Expert Discovery cutoff be continued to February 17, 2012;
4. The deadline for Expert Disclosures be continued to March 2, 2012;
5. Disclosure of Rebuttal Experts be continued to March 16, 2012;
6. Expert Discovery cutoff be continued to April 6, 2012;
7. The last day to hear motions be continued to April 6, 2012;

8. The hearing date for Defendant's motion for summary judgment would continue to be January 13, 2012.

**ORDER**

The foregoing stipulation having been entered and good cause appearing therefor,

IT IS HEREBY ORDERED that:

The current deadlines for this case shall be modified as follows:

1. The new trial date is continued to May 7, 2012.
2. The new pre-trial conference date is continued to _____.
3. The new non-expert discovery cutoff is continued to February 17, 2012;
4. The new deadline for expert disclosures is continued to March 2, 2012;
5. The new deadline for disclosure of rebuttal experts is continued to March 16, 2012;
6. The new expert discovery cutoff is continued to April 6, 2012;
7. The last day to hear motions is continued to April 6, 2012.
8. The hearing date for Defendant's motion for summary judgment will continue to be January 13, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 14, 2011            /s/ Donald T. McMillan
                                    Attorneys for Plaintiff CHAD EMPEY

DATED: December 14, 2011            /s/ Gary T. Lafayette
                                    Attorneys for Defendant ALLIED PROPERTY &
                                    CASUALTY INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/14/11                     _____
                                    Honorable Samuel Conti
                                    United States Senior District Judge

[DENIED stamp - Judge Samuel Conti]

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on December 14, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                     */s/ Rebecca K. Kimura*
                                     REBECCA K. KIMURA

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL DATE  Case No. 3:11-CV-00733-SC     5