UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY, | No. C-11-00733 DMR |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S DISCOVERY LETTER [DOCKET NO. 60] WITHOUT PREJUDICE AND MANDATING THAT THE PARTIES ATTEND A COURTHOUSE DISCOVERY CONFERENCE** |
| v. | |
| ALLIED PROPERTY, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's December 15, 2011 discovery letter [Docket No. 60], which blames defense counsel for Plaintiff's failure to comply with the court's standing order requiring joint discovery letters. The court has repeatedly admonished both parties' counsel for failure to follow the court's discovery dispute process [*see* Docket No. 28] and for their apparent refusal to engage in mutually respectful and cooperative meet and confer discussions to resolve the disputes. The court therefore ORDERS that Gary T. Lafayette and Donald T. McMillan shall come to the courthouse with a laptop on December 20, 2011 at 9:30 a.m. and check in at the undersigned's chambers, where they shall meet and confer to resolve the disputes contained within Plaintiff's December 15, 2011 letter, which is hereby denied without prejudice. If the parties fail to reach an agreement, they shall turn immediately to drafting a joint discovery letter conforming to this court's order at that time. Any joint letter shall be e-filed before the parties leave the courthouse.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge