Donald T. McMillan    SBN 134366
McMILLAN & SHUREEN LLP
50 Santa Rosa Avenue, Suite 200
Santa Rosa, CA 95404
(707) 525-5400
(707) 576-7955 (Fax)

Attorneys for Plaintiff
CHAD EMPEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EMPEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, and DOES 1 to 50, inclusive,<br><br>    Defendants. | CASE No. CV 11-00733 SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 3/5/12

McMILLAN & SHUREEN LLP

By: _____
Donald T. McMillan
Attorneys for Plaintiff
CHAD EMPEY

DATED: 3/14/12

LAFAYETTE & KUMAGAI LLP

By: _____
Gary T. Lafayette
Attorneys for Defendant ALLIED PROPERTY & CASUALTY INSURANCE COMPANY

IT IS SO ORDERED
Judge Samuel Conti

1

STIPULATION OF DISMISSAL WITH PREJUDICE           Case No. C 11-00733 SC